FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
FRANK EDWARD PETERS II
**SSN:** xxx–xx–6794
**EIN:** N/A
SHANNON TAKISHA PRINCE PETERS
**SSN:** xxx–xx–2034
12650 LOST TRAIL CT
ETIWANDA, CA 91739

**BANKRUPTCY NO.** 6:24–bk–14460–RB
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor did not file a Certification About a Financial Management Course.

Dated: July 10, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2024

**48 / SH**